BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>MARK CAPPS, Corporate Vice President, Mustang Ranch II, Inc.,<br><br>    Respondent.<br>_____ | Case No. 1:11-cv-01968-AWI-MJS<br><br>**ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>TAXPAYER:<br>MUSTANG RANCH II, INC.<br><br>Date:  Friday, January 13, 2012<br>Time:  9:30 a.m.<br>Ctrm:  6 (Honorable Michael J. Seng) |

Upon review of the Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition by the United States of America,

IT IS HEREBY ORDERED that Respondent, MARK CAPPS, appear before United States Magistrate Judge Michael J. Seng, in Courtroom No. 6, in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Friday, January 13, 2012, at 9:30 a.m. to show cause why Respondent should not be compelled to obey the Internal Revenue Service summons served upon Respondent on July 13, 2012, and attached to the United States' Verified Petition to Enforce Internal Revenue Service Summons.

///

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition, shall be served upon Respondent by any means of service permitted by Fed. R. Civ. P. 4(e). To allow adequate time for Petitioner and the Court to deal with any written response filed under the next paragraph, service should be performed on or before **December 16, 2011.** If Petitioner is unable to serve Respondent despite making reasonable efforts to do so, Petitioners may request a court order granting leave to serve by other means. See Fed. R. Civ. P. 81(a)(5).

IT IS HEREBY FURTHER ORDERED that within 14 days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summons, supported by appropriate declaration(s), as well as any motions the Respondents desire to make. Petitioner may file a reply. Only issues raised by the written response and supported by declaration(s) will be considered on the return date of this Order, and any uncontested allegations in the Verified Petition to Enforce Internal Revenue Service Summons will be deemed admitted. If the summons is enforced, the Court is expected to retain jurisdiction to enforce its order by its contempt power.

IT IS SO ORDERED.

Dated:   December 1, 2011          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

2
ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS