# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARK CAPPS, Corporate Vice President, Mustang Ranch II, Inc.,<br><br>                    Defendant.<br>_____ / | CASE NO. 1:11-cv-01968-AWI-MJS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE IRS SUMMONS SERVED UPON MARK CAPPS BE ENFORCED AND THAT MARK CAPPS BE ORDERED TO APPEAR AT IRS OFFICES**<br><br>**(Docket No. 9)** |

On January 24, 2012, the Magistrate Judge issued Findings and Recommendations that the IRS summons served on Respondent Mark Capps ("Respondent") be enforced and that Respondent be ordered to appear at the IRS offices on March 30, 2012, at 9:00 a.m. (Doc. 9.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within ten (10) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the

Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued January 24, 2012, are ADOPTED IN FULL;
2. The I.R.S. summons served upon Respondent, Mark Capps, is ENFORCED;
3. Respondent is ordered to APPEAR on March 30, 2012, at 9:00 a.m., or another date to be set in writing by Revenue Officer David M. Lopez, at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721-2227, before Revenue Officer Lopez or his designated representative, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers, and other data demanded by the summons, the examination to continue from day to day until completed;
4. The Court shall retain jurisdiction to enforce its order;
5. The United States of America shall notify the Court regarding Respondent's compliance with this order; and
6. This case shall NOT be administratively closed.

IT IS SO ORDERED.

Dated:   February 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE