BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cv-01968-AWI-MJS |
| ) | |
| Petitioner, ) | **PETITIONER'S REVISED NOTICE** |
| ) | **OF COMPLIANCE; ORDER** |
| v. ) | **CLOSING FILE** |
| ) | |
| MARK CAPPS, Corporate Vice President, ) | |
| Mustang Ranch II, Inc., ) | TAXPAYER: |
| ) | MUSTANG RANCH II, INC. |
| Respondent. ) | |
| _____ ) | |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that respondent has sufficiently complied with the summons enforced here.  The case can and should be closed.

DATED: May 1, 2012               Respectfully submitted,


                                 BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ YHimel
                                 YOSHINORI H. T. HIMEL
                                 Assistant United States Attorney

<u>ORDER</u>

Upon petitioner's recommendation, the Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

Dated:   May 1, 2012

CHIEF UNITED STATES DISTRICT JUDGE

PETITIONER'S REVISED NOTICE OF COMPLIANCE;
ORDER CLOSING FILE