1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA 95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:  (916) 554-2900
   Email: yoshinori.himel@usdoj.gov
6
7  Attorney for Petitioner United States of America

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,                  ) | 1:11-cv-01968-AWI-MJS
                                                )
12 |                Petitioner,                  ) | **PETITIONER'S REVISED NOTICE**
                                                ) | **OF COMPLIANCE; ORDER**
13 |         v.                                  ) | **CLOSING FILE**
                                                )
14 | MARK CAPPS, Corporate Vice President, )
   | Mustang Ranch II, Inc.,                    ) | TAXPAYER:
15 |                                             ) | MUSTANG RANCH II, INC.
   |                Respondent.                  )
16 | _____ )

17

18 TO THIS HONORABLE COURT:

19     PLEASE TAKE NOTICE that respondent has sufficiently complied with the

20 summons enforced here.  The case can and should be closed.

21 DATED:  May 1, 2012                    Respectfully submitted,

22
                                          BENJAMIN B. WAGNER
23                                        United States Attorney

24                              By:       */s/ YHimel*
                                          YOSHINORI H. T. HIMEL
25                                        Assistant United States Attorney

26

27

28

1 | <u>ORDER</u>

2 |     Upon petitioner's recommendation, the Clerk of the Court is DIRECTED to close

3 | this file.

4 | IT IS SO ORDERED.

5 |

6 | Dated:   <u>May 1, 2012</u>                        CHIEF UNITED STATES DISTRICT JUDGE

PETITIONER'S REVISED NOTICE OF COMPLIANCE;
ORDER CLOSING FILE